costs, with leave to the impleaded defendants to plead or otherwise move to the third amended answer of the defendant Framax Realty Corporation within ten days after service of order with notice of entry thereof. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MANUFACTURERS TRUST COMPANY, as Substituted Trustee, etc., of GERTRUDE SCHULTZ BAXTER, Deceased, for a Determination as to the Construction and Effect of Certain Provisions of the Said Last Will and Testament, etc. JOHN P. O'BRIEN, Special Guardian for JOHN WATSON SCULLY and THE SOCIETY OF THE NEW YORK HOSPITAL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CATHERINE McGILL v. ELEANOR E. CROTTY.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of FRANCIS NOWICKI for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

4 EAST 72ND STREET CORPORATION v. CATHLEEN V. LOWMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

LOUIS STERN v. BENJAMIN RINDEMAN and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

WALTER WELCH and Another v. FLORIZEL A. ROJAS and Others.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WALTER WELCH and Another v. FLORIZEL A. ROJAS and Others.— Motion for a reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AUGUST O. WOLF v. DAILY MIRROR, INC.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

EDITH GRUBE HERRINGTON and Another v. FRANCIS E. LAIMBEER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

ELLIS G. POTTER, Individually and as a Stockholder of PAN AMERICAN PETROLEUM & TRANSPORT COMPANY, etc., and HERMAN WANGROW v. ELISHA WALKER and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 715; 252 App. Div. 244.] Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

In the Matter of the Application of JOHN M. WEISS and Others v. ALFRED B. JONES, Chairman and Others, Constituting the NEW YORK CITY TUNNEL AUTHORITY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.